UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORMAIN LAMAR WALKER,<br><br>      Plaintiff,<br><br>   v.<br><br>B. CATES, et al.,<br><br>      Defendants. | Case No. 1:25-cv-00409 JLT EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF<br><br>(Docs. 10 & 14) |

Geormain Lamar Walker is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 8, 2025, Plaintiff filed a motion for injunctive relief related to his conditions in a mental health crisis bed. (Doc. 10.) On February 5, 2026, the assigned magistrate judge recommended that the motion be denied because, among other things, Plaintiff's request for injunctive relief was unrelated to the claims in his complaint. (Doc. 14 at 4.) The Court served the findings and recommendations Plaintiff, informed him that objections were due in 30 days, and warned him that failure to timely file objections may result in the waiver of rights on appeal. (*Id*., citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839-39 (2014).) The deadline for filing objections has passed, and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

According to 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued February 5, 2026 (Doc. 14), are **ADOPTED IN FULL**.

2. Plaintiff's motion for injunctive relief (Doc. 10) is **DENIED**.

IT IS SO ORDERED.

Dated:   **March 26, 2026**

UNITED STATES DISTRICT JUDGE