**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORMAIN LAMAR WALKER, | No. 1:25-cv-00409-JLT-EPG (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES, FAILURE TO OBEY COURT ORDER, AND FAILURE TO PROSECUTE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| v. | |
| B. CATES, *et al.*, | |
| Defendants. | |
| | (Doc. 15) |

Geormain Lamar Walker is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action. Plaintiff filed a complaint on April 9, 2025, and alleges that Defendants were negligent in transporting him in a prison van, resulting in physical and emotional injuries. (Doc. 1).

On January 8, 2026, the Court screened the complaint and found that it is subject to dismissal for failure to exhaust administrative remedies. (Doc. 11.) The Court granted Plaintiff leave to file a first amended complaint or notify the Court in writing that he wants to stand on his complaint within thirty days. (*Id.*) Plaintiff failed to file a first amended complaint or otherwise communicate with the Court.

On February 25, 2026, the magistrate judge issued Findings and Recommendations that this action be dismissed, without prejudice, based on Plaintiff's failure to exhaust administrative

1

remedies, failure to prosecute, and failure to comply with a court order. (Doc. 15.) The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 30 days. (*Id.* at 8.) The Court also advised Plaintiff that "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1.    The Findings and Recommendations issued on February 25, 2026 (Doc. 15) are **ADOPTED in full**.

2.    This action is **DISMISSED** without prejudice.

3.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **April 15, 2026**

UNITED STATES DISTRICT JUDGE

2